```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04659
  DANIEL C MCCARTHY
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-6716
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/16/07 and confirmed on 05/25/07.

   2.  The case was dismissed after confirmation, 10/17/2008.

   3.  The Debtor paid a total of $  29560.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
```
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---
WELLS FARGO HOME MTGE    CURRENT MORTG         .00            .00            .00
AMERICAN GENERAL FINANCE SECURED          67607.45        8869.35       13990.75
ILLINOIS DEPT REVENUE    SECURED             98.06            .00          98.06
ROLLEX CORP              SECURED           9742.00            .00        2602.08
RETAILERS NATL BANK      UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED            71.71           .00            .00
CHRYSLER FINANCIAL SVC A SECURED VEHIC        .00            .00            .00
        Summary of disbursements:
---
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
---
TOTAL CLMS ALLOWED  77447.51         .00         71.71          .00      77519.22
PRINCIPAL PAID      16690.89         .00           .00          .00      16690.89
INTEREST PAID        8869.35         .00           .00          .00       8869.35
TOTAL PAID          25560.24         .00           .00          .00      25560.24
```
The Debtor's attorney, DEAN D PAOLUCCI                  , was allowed $        .00
and was paid $       .00 .

The Trustee received $   1259.76 .

Refunds to the Debtor totaled $   2740.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 01/20/09                       /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 04659 DANIEL C MCCARTHY
```